```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANEGADA MASTER FUND LTD., *et al.*,

                                        Plaintiffs,

      -v-

PXRE GROUP, LTD., *et al.*,

                                        Defendants.

No. 08 Civ. 10584 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for oral argument on Defendants' motion to dismiss the third amended complaint on Wednesday, March 16, 2011 at 2:00 p.m. in Courtroom 21C.

SO ORDERED.

Dated:      February 17, 2011
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE