UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANEGADA MASTER FUND LTD., *et al.*,

                Plaintiffs,

-v-

PXRE GROUP, LTD., *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/11

No. 08 Civ. 10584 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

For the reasons stated on the record at the March 16, 2011 conference, Defendants' motion to dismiss the third amended complaint is denied in order to allow for targeted discovery on the dispositive issues highlighted by the Court. Accordingly, the parties shall submit a joint letter, to be received no later than March 31, 2011, outlining a 60-90 day discovery schedule.

The Clerk of the Court is respectfully requested to terminate the motion located at docket number 52.

SO ORDERED.

Dated:      March 16, 2011
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE