UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANEGADA MASTER FUND LTD., *et al.*,

                Plaintiffs,

-v-

PXRE GROUP, LTD., *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-8-11

No. 08 Civ. 10584 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the conference currently scheduled for April 11, 2011, is adjourned until Tuesday, April 12, 2011, at 10:00 a.m.

SO ORDERED.

Dated:      April 7, 2011
              New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE