# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-11

BY EMAIL

June 2, 2011

Re: *Anegada Master Fund, Ltd., et al., v. PXRE Group Ltd., et al.,*
No. 08-cv-10584 (RJS)

Honorable Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Sullivan:

At the April 12, 2011 hearing, the parties in the above-referenced matter agreed to submit to the Court by June 3, 2011 a letter providing an update with respect to the limited discovery phase ordered by the Court. The parties hereby request an extension allowing them to provide the requested letter by June 14, 2011.

Respectfully submitted,

By: /s/ Allan Steyer
Allan Steyer
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
**Attorneys for Plaintiffs**

By: /s/ Jonathan K. Youngwood
Jonathan K. Youngwood
SIMPSON THACHER & BARTLETT LLP
**Attorneys for PXRE Group, Ltd and Argo Group International Holdings Ltd.**

By: /s/ David A. Rosenfeld
David A. Rosenfeld
ROBBINS GELLER RUDMAN & DOWD LLP
**Attorneys for Plaintiffs**

By: /s/ M. William Munno
M. William Munno
SEWARD & KISSEL LLP
**Attorneys for John M. Modin**

By: /s/ Scott N. Auby
Scott N. Auby
DEBEVOISE & PLIMPTON LLP
**Attorneys for Jeffrey L. Radke**

SO ORDERED
Dated: 6/2/11
RICHARD J. SULLIVAN
U.S.D.J.