# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/11

BY EMAIL                                   July 6, 2011

Re:   *Anegada Master Fund, Ltd., et al., v. PXRE Group Ltd., et al.,*
      No. 08-cv-10584 (RJS)

Honorable Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Sullivan:

        Pursuant to the June 14, 2011 letter submitted by the parties in the above-referenced
matter, the parties submit this letter to provide a further update with respect to the discovery
phase ordered by the Court at the April 12, 2011 conference.

        Plaintiffs and Defendants have engaged in discussions with respect to the scheduling and
scope of party depositions, including the depositions of four representatives of Plaintiffs and at
least two of the Defendants.  Plaintiffs have also sought the deposition of non-party Cliff
Brokaw, in his capacity as former employee of Goldman, Sachs & Co. ("Goldman Sachs").  By
letter dated July 1, 2011, counsel for non-party Goldman Sachs objected to the proposed
deposition of Mr. Brokaw, claiming that Mr. Brokaw lacks knowledge regarding the subject
matters at issue.  Plaintiffs are in the midst of discussions with counsel for Goldman Sachs to try
to resolve this disagreement and Plaintiffs represent that they have agreed with Goldman Sachs
to submit a joint letter to the Court outlining their dispute by late next week if agreement cannot
be reached.  Lastly, Plaintiffs will be producing additional documents and are continuing the
process of confirming that they have fully responded to Defendants' discovery requests.

                                       Respectfully submitted,

By: /s/ Allan Steyer                    By: /s/ Jonathan K. Youngwood
Allan Steyer                            Jonathan K. Youngwood
STEYER LOWENTHAL BOODROOKAS             SIMPSON THACHER & BARTLETT LLP
ALVAREZ & SMITH LLP                     **Attorneys for PXRE Group, Ltd and Argo**
**Attorneys for Plaintiffs**               **Group International Holdings Ltd.**

The parties shall submit another joint status letter to the Court by August 8,
2011, regardless of whether they have already contacted the Court regarding
their discovery dispute.

SO ORDERED.
Dated: 7/8/11                    RICHARD J. SULLIVAN
                                U.S.D.J.