UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANEGADA MASTER FUND, LTD., et al., | Civil Action No. 08-cv-10584 |
| Plaintiffs, | NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS ASSERTED UNDER SECTION |
| vs. | 12(A)(2) AND 15 OF THE SECURITIES ACT OF 1933 WITH PREJUDICE |
| PXRE GROUP LTD., et al., |  |
| Defendants. |  |

Plaintiffs by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of the dismissal with prejudice of claims asserted under Section 12(a)(2) and 15 of the Securities Act of 1933 (the "Securities Act Claims") against Defendants Jeffrey L. Radke, Guy D. Hengesbaugh and John M. Modin (the "Individual Defendants"). Plaintiffs move that an Order be entered granting approval of the voluntary dismissal of the Individual Defendants for the Securities Act Claims with prejudice. In support of this motion, Plaintiffs state as follows:

1. The Individual Defendants were named as defendants in this action in Plaintiffs' initial Complaint for Violations of Federal Securities Laws and State Law Claims for Common Law Fraud and Negligent Misrepresentation ("Complaint") filed on December 4, 2008, and in subsequent amendments to the Complaint.

2. The Individual Defendants have not filed an answer or motion for summary judgment.

WHEREFORE, Plaintiffs respectfully move for an Order approving the voluntary dismissal of the Individual Defendants for the Securities Act Claims with prejudice.

DATED: July 14, 2011       ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                             SAMUEL H. RUDMAN
                                             DAVID A. ROSENFELD
                                             MARIO ALBA JR.

                                                              *s/Mario Alba Jr.*
                                                              MARIO ALBA JR.

        58 South Service Road, Suite 200
        Melville, New York  11747
        Telephone:  631/367-7100
        631/367-1173 (fax)
        srudman@rgrdlaw.com
        drosenfeld@rgrdlaw.com
        malba@rgrdlaw.com

STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
ALLAN STEYER
MICHELLE AKERMAN
One California Street, 3rd Floor
San Francisco, CA  94111
Telephone:  415/421-3400
415/421-2234 (fax)

*Attorneys for Plaintiffs*

     *   *   *   *

IT IS SO ORDERED.


DATED: _____
                                           THE HONORABLE RICHARD J. SULLIVAN
                                           UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

    I, Mario Alba Jr., hereby certify that on July 14, 2011, I caused the foregoing Notice of Voluntary Dismissal of Claims Asserted Under Section 12(a)(2) and 15 of the Securities Act of 1933 with Prejudice to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.



*s/Mario Alba Jr.*
MARIO ALBA JR.