Sullivan, J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-15-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x
ANEGADA MASTER FUND, LTD., et al.,     :  Civil Action No. 08-cv-10584 (RJS)
                                       :
                          Plaintiffs,  :  NOTICE OF VOLUNTARY DISMISSAL OF
                                       :  CLAIMS ASSERTED UNDER SECTION
       vs.                             :  12(A)(2) AND 15 OF THE SECURITIES
                                       :  ACT OF 1933 WITH PREJUDICE
PXRE GROUP LTD., et al.,               :
                                       :
                          Defendants.  :
                                       :
—————————————————————— x

Plaintiffs by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of the dismissal with prejudice of claims asserted under Section 12(a)(2) and 15 of the Securities Act of 1933 (the "Securities Act Claims") against Defendants Jeffrey L. Radke, Guy D. Hengesbaugh and John M. Modin (the "Individual Defendants"). Plaintiffs move that an Order be entered granting approval of the voluntary dismissal of the Individual Defendants for the Securities Act Claims with prejudice. In support of this motion, Plaintiffs state as follows:

1. The Individual Defendants were named as defendants in this action in Plaintiffs' initial Complaint for Violations of Federal Securities Laws and State Law Claims for Common Law Fraud and Negligent Misrepresentation ("Complaint") filed on December 4, 2008, and in subsequent amendments to the Complaint.

2. The Individual Defendants have not filed an answer or motion for summary judgment.

WHEREFORE, Plaintiffs respectfully move for an Order approving the voluntary dismissal of the Individual Defendants for the Securities Act Claims with prejudice.

DATED: July 15, 2011

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

_____
MARIO ALBA JR.

DATED: July 15, 2011

58 South Service Road, Suite 200
Melville, New York 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
malba@rgrdlaw.com

STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
ALLAN STEYER
MICHELLE AKERMAN
One California Street, 3rd Floor
San Francisco, CA 94111
Telephone: 415/421-3400
415/421-2234 (fax)

*Attorneys for Plaintiffs*

DEBEVOISE & PLIMPTON LLP
JONATHAN R. TUTTLE (admitted *pro hac vice*)
SCOTT N. AUBY
DAVID S. KARP

_____
SCOTT N. AUBY

555 13th St., N.W.
Washington, D.C. 20004
Telephone: 202/383-2000
202/383-8118 (fax)

Attorneys for Jeffrey L. Radke

- 2 -

DATED: July 15, 2011    SEWARD & KISSEL LLP
M. WILLIAM MUNNO
JUSTIN M. GARBACCIO

_____
M. WILLIAM MUNNO

One Battery Park Plaza
New York, NY 10004
Telephone: 212/574-1200
212/480-8421 (fax)

Attorneys for John M. Modin

DATED: July ___, 2011    PAUL, WEISS, RIFKIND, WHARTON &
                            GARRISON LLP
BRAD S. KARP
JONATHAN H. HURWITZ
JOSHUA D. ANDERS

_____
BRAD S. KARP
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212/373-3000
212/492-0316 (fax)

Attorneys for Guy D. Hengesbaugh

\*   \*   \*   \*

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATED: July ___, 2011

SEWARD & KISSEL LLP
M. WILLIAM MUNNO
JUSTIN M. GARBACCIO

_____
.   M. WILLIAM MUNNO

One Battery Park Plaza
New York, NY 10004
Telephone: 212/574-1200
212/480-8421 (fax)

Attorneys for John M. Modin

DATED: July 15, 2011

PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP
BRAD S. KARP
JONATHAN H. HURWITZ
JOSHUA D. ANDERS

_____
BRAD S. KARP   Jonathan H. Hurwitz

1285 Avenue of the Americas
New York, NY 10019
Telephone: 212/373-3000
212/492-0316 (fax)

Attorneys for Guy D. Hengesbaugh

\*   \*   \*   \*

IT IS SO ORDERED.

DATED: 7/15/11

_____
THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

- 3 -