UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8-2-11_

ANEGADA MASTER FUND LTD., *et al.*,

                    Plaintiffs,

-v-

PXRE GROUP, LTD., *et al.*,

                    Defendants.

No. 08 Civ. 10584 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a joint letter from Plaintiffs and non-party Goldman Sachs & Co. ("Goldman") describing a discovery dispute with respect to which Goldman employees Plaintiffs should be permitted to depose. IT IS HEREBY ORDERED that Plaintiffs may depose only David Earling at this time. Goldman shall make Mr. Earling available at a mutually agreeable time and place. If, following Mr. Earling's deposition, Plaintiffs still believe that the deposition of Cliff Brokaw is necessary, Plaintiffs may request permission from the Court to depose him as well.

SO ORDERED.

Dated:       August 1, 2011
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE