**Robbins Geller Rudman & Dowd LLP**

Atlanta        Melville       Philadelphia   San Francisco
Boca Raton     New York       San Diego      Washington, DC

Mario Alba Jr.
MAlba@rgrdlaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-24-11
```

**MEMO ENDORSED**

October 21, 2011

<u>VIA EMAIL</u>

Honorable Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007
sullivannysdchambers@nysd.uscourts.gov

    Re:   *Anegada Master Fund, Ltd., et al., v. PXRE Group Ltd., et al.*,
           Case No. 08-cv-10584 (RJS)

Dear Judge Sullivan:

      On September 16, 2011, your Honor ordered that the parties submit a joint letter apprising the Court of the status of the ordered discovery by October 21, 2011. The parties respectfully request a one-week extension for the submission of the joint letter. This is the parties' first request for an extension.

                                 Respectfully submitted,

                                   Mario Alba Jr.

MA:dmg
cc:  Allan Steyer
      Jonathan K. Youngwood
      M. William Munno
      Scott N. Auby
      Jonathan H. Hurwitz

SO ORDERED
RICHARD J. SULLIVAN
U.S.D.J.
10/24/11