# Robbins Geller
# Rudman & Dowd LLP

| Atlanta | Melville | Philadelphia | San Francisco |
|---------|----------|--------------|---------------|
| Boca Raton | New York | San Diego | Washington, DC |

David A. Rosenfeld
DRosenfeld@rgrdlaw.com

## MEMO ENDORSED

November 2, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11-2-11_

VIA EMAIL

Honorable Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007
sullivannysdchambers@nysd.uscourts.gov

Re:   *Anegada Master Fund, Ltd., et al., v. PXRE Group Ltd., et al.,*
      Case No. 08-cv-10584 (RJS)

Dear Judge Sullivan:

We represent Plaintiffs in the above-captioned action and respectfully write to request an adjournment of the conference scheduled for November 15, 2011. We have conferred with counsel for Defendants and counsel for all parties (with the exception of counsel for one of the individual defendants, who has no objection to proceeding in his absence) can be available on the afternoon of November 22, 2011 or the morning of November 23, 2011, if the Court is available on those dates.

This is the first request for an extension of this conference. Thank you.

Respectfully submitted,

/s/ *David A. Rosenfeld*

David A. Rosenfeld

MA:dmg
cc:   Allan Steyer
      Jonathan K. Youngwood
      M. William Munno
      Scott N. Auby
      Jonathan H. Hurwitz

The conference is adjourned until Wednesday, November 23, 2011, at 9:30 a.m.

SO ORDERED
Dated:
11/2/11

RICHARD J. SULLIVAN
U.S.D.J.

58 South Service Road     Suite 200     Melville, NY  11747     Tel 631 367 7100     Fax 631 367 1173     rgrdlaw.com