# Robbins Geller
# Rudman & Dowd LLP

| Atlanta | Melville | Philadelphia | San Francisco |
| Boca Raton | New York | San Diego | Washington, DC |

Mario Alba Jr.
MAlba@rgrdlaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-11
```

# MEMO ENDORSED

November 8, 2011

VIA EMAIL

Honorable Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007
sullivannysdchambers@nysd.uscourts.gov

Re:   *Anegada Master Fund, Ltd., et al., v. PXRE Group Ltd., et al.,*
Case No. 08-cv-10584 (RJS)

Dear Judge Sullivan:

We represent Plaintiffs in the above-captioned action and respectfully write to request that the Court extend the time for the parties to submit their joint letter in advance of the November 23, 2011 conference. On October 31, 2011, Your Honor entered an Order setting a conference for November 16, 2011 and requested that the parties submit a "joint letter apprising the Court of the results of discovery and offering their respective proposals on how to move this case forward by Thursday, November 10, 2011." On November 2, 2011, Your Honor endorsed Plaintiffs' letter requesting that the Court adjourn the November 16, 2011 conference to November 23, 2011. In that letter, however, Plaintiffs did not request that the Court extend the time to file the joint letter. Therefore, Plaintiffs respectfully request that the time to file the joint letter be extended to Tuesday, November 15, 2011. Defendants do not oppose this request. This is the first request for an extension.

Respectfully submitted,

/s/ *Mario Alba Jr.*

Mario Alba Jr.

cc:   Allan Steyer
Jonathan K. Youngwood
M. William Munno
Scott N. Auby
Jonathan H. Hurwitz

SO ORDERED
Dated: 11/8/11
RICHARD J. SULLIVAN
U.S.D.J.