UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANEGADA MASTER FUND LTD., *et al.*,

                             Plaintiffs,

-v-

PXRE GROUP, LTD., *et al.*,

                             Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-23-11
```

No. 08 Civ. 10584 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

As stated on the record at the November 23, 2011 conference, briefing on Defendants' motion shall adhere to the following schedule:

| | |
|---|---|
| December 23, 2011 | Defendants shall submit their motion and accompanying papers; |
| January 27, 2012 | Plaintiffs shall submit their opposition papers; and |
| February 10, 2012 | Defendants shall submit their reply papers. |

Defendants' opening brief and Plaintiffs' opposition brief shall be no longer than 35 pages. Defendants' reply brief shall be no longer than 20 pages.

Additionally, the parties shall appear for oral argument on Defendants' motion on March 1, 2012, at 4:00 p.m.

SO ORDERED.

Dated:     August 1, 2011
             New York, New York

                                                     RICHARD J. SULLIVAN
                                                     UNITED STATES DISTRICT JUDGE