UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x
                                                                                                   :

ANEGADA MASTER FUND, LTD., *et al.*,        :

                              Plaintiffs,      :   Case No. 08 CV 10584 (RJS)

                vs.                :   **NOTICE OF APPEARANCE**

PXRE GROUP LTD., *et al.*,             :

                            Defendants.  :
-------------------------------------------------------------------- x

       PLEASE TAKE NOTICE that David F. E. Tejtel, of the law firm of Simpson Thacher & Bartlett LLP, hereby appears as counsel for Defendants PXRE Group Ltd. and Argo Group International Holdings, Ltd. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:     November 28, 2011
              New York, New York

                                                SIMPSON THACHER & BARTLETT LLP

                                              By:  /s/ David F.E. Tejtel
                                                   Bruce D. Angiolillo (BA-9271)
                                                   Jonathan K. Youngwood (JY-2234)
                                                   David F.E. Tejtel (DT-3537)
                                                   425 Lexington Avenue
                                                   New York, New York 10017-3954
                                                   Telephone: (212) 455-2000
                                                    Facsimile: (212) 455-2502

                                              Attorneys for Defendants PXRE Group Ltd.
                                              and Argo Group International Holdings, Ltd.