UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
:
ANEGADA MASTER FUND, LTD., *et al.*, :
:
:
Plaintiffs, :
: Case No. 08 CV 10584 (RJS)
vs. :
: **NOTICE OF APPEARANCE**
:
PXRE GROUP LTD., *et al.*, :
:
Defendants. :
:
---------------------------------------------------------------------- x

        PLEASE TAKE NOTICE that Janet A. Gochman, of the law firm of Simpson Thacher & Bartlett LLP, hereby appears as counsel for Defendants PXRE Group Ltd. and Argo Group International Holdings, Ltd. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:    November 29, 2011
            New York, New York

                  SIMPSON THACHER & BARTLETT LLP

                  By:  /s/ Janet A. Gochman
                       Bruce D. Angiolillo (BA-9271)
                       Jonathan K. Youngwood (JY-2234)
                       Janet A. Gochman (JG-1994)
                       425 Lexington Avenue
                       New York, New York 10017-3954
                       Telephone: (212) 455-2000
                       Facsimile: (212) 455-2502

                  Attorneys for Defendants PXRE Group Ltd.
                  and Argo Group International Holdings, Ltd.