UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANEGADA MASTER FUND LTD., *et al.*,

                Plaintiffs,

-v-

PXRE GROUP, LTD., *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-23-11

No. 08 Civ. 10584 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court has been informed by Defendants that they intend to file documents designated by Plaintiffs as confidential in connection with their motion for summary judgment. IT IS HEREBY ORDERED that Defendants shall serve unredacted copies of their motion papers on the Court and on the parties by December 23, 2011. IT IS FURTHER ORDERED that Defendants shall file their motion papers on ECF no later than December 30, 2011. In the event that Plaintiffs request that Defendants file certain documents under seal, Plaintiffs may make such an application to the Court in writing, mindful of the presumption of open records articulated in the Court's December 22, 2011 Order.

SO ORDERED.

Dated:        December 23, 2011
                New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE