UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

ANEGADA MASTER FUND, LTD., et al.,    :   Civil Action No. 08-cv-10584
                                      :
                    Plaintiffs,       :   ORDER GRANTING PLAINTIFFS' *EX*
                                      :   *PARTE* APPLICATION FOR AN ORDER
    vs.                               :   ALLOWING DEFENDANTS TO FILE
                                      :   SELECTED EXHIBITS IN SUPPORT OF
PXRE GROUP LTD., et al.,              :   THEIR MOTION FOR SUMMARY
                                      :   JUDGMENT UNDER SEAL
                    Defendants.       :
                                      :
----------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-30-11
```

Having considered plaintiffs' *ex parte* application for an order allowing defendants to file under seal and/or redact certain exhibits in support of defendants' motion for summary judgment, and good cause appearing therefor:

1. The Clerk of Court is directed to file under seal the following exhibits in support of defendants' motion for summary judgment because the exhibits contain sensitive financial data, fee structures, investment strategies, private information regarding the identity of investors in the plaintiff funds, and/or private contact information for employees or former employees of the plaintiff funds:

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 4 | EXCERPTS OF JOHN LANCEFIELD DEPOSITION |
| 5 | CONFIDENTIAL PPM FOR ROYAL CAPITAL VALUE FUND, LP |
| 6 | CONFIDENTIAL PPM FOR ROYAL CAPITAL VALUE FUND (QP), LP |
| 10 | EXCERPTS OF MATTHEW SIROVICH DEPOSITION |
| 11 | COAST FUND ACCOUNT MANAGEMENT AGREEMENT |
| 12 | SCOPIA PARTNERS QP LLC CONFIDENTIAL OFFERING MEMORANDUM |
| 13 | SCOPIA PARTNERS LLC CONFIDENTIAL OFFERING MEMORANDUM |
| 14 | SCOPIA PX INT'L LTD CONFIDENTIAL OFFERING MEMORANDUM |
| 16 | SCOPIA PORTFOLIO RECONCILIATION |
| 17 | COAST FUND CONSOLIDATED FINANCIAL STATEMENT DECEMBER 31, 2005 |
| 18 | EXCERPTS OF ROBERT USDAN DEPOSITION |
| 19 | ENDICOTT PARTNERS LP CONFIDENTIAL OFFERING MEMORANDUM |
| 20 | ENDICOTT PARTNERS, LP FINANCIAL STATEMENTS |
| 22 | EXCERPTS OF JULIAN ALLEN DEPOSITION |
| 23 | TONGA FINANCIAL STATEMENTS |
| 24 | ANEGADA FINANCIAL STATEMENTS |

Said documents shall be maintained by the Clerk and kept from public inspection.

2.The following exhibits in support of defendants' motion for summary judgment shall be redacted prior to public filing because the exhibits contain plaintiffs' telephone numbers, e-mail addresses, and/or private financial data:

| EXHIBIT | DESCRIPTION |
|---|---|
| 29 | SEPTEMBER 15, 2005 E-MAIL FROM MODIN TO BROKAW |
| 30 | CURRENT INVESTORS WITH SIGNED NDAS FOR PXRE PRIVATE DEAL |
| 31 | INVESTOR DEMAND FOR PXRE PRIVATE DEAL |
| 32 | SEPTEMBER 30, 2005 E-MAIL POHLMEYER TO RADKE |
| 34 | AUGUST 31, 2005 E-MAIL McNIVEN TO HEGESBAUGH |
| 36 | SEPTEMBER 21, 2005 E-MAIL McNIVEN TO RADKE |
| 38 | SEPTEMBER 23, 2005 E-MAIL McNIVEN TO RADKE |
| 39 | SEPTEMBER 28, 2005 E-MAIL McNIVEN TO RADKE |
| 41 | INVESTOR DEMAND & ALLOCATION |
| 42 | SEPTEMBER 30, 2005 E-MAIL POHLMEYER TO CORBETT |
| 44 | SEPTEMBER 30, 2005 E-MAIL VORA TO GRIPPI |
| 45 | CONFERENCE PARTICIPANT REPORT |
| 49 | INVESTOR ALLOCATION |
| 50 | SEPTEMBER 30, 2005 EMAIL POHLMEYER TO WEITSCHNER WITH ATTACHED "INVESTORS CONTACTED" |

3.Defendants are directed to file their motion papers on ECF no later than January 6, 2012.

SO ORDERED.

DATED:12/30/11

THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

- 2 -