# Robbins Geller
# Rudman & Dowd LLP

| Atlanta | Melville | Philadelphia | San Francisco |
| Boca Raton | New York | San Diego | Washington, DC |

David A. Rosenfeld
DRosenfeld@rgrdlaw.com

January 20, 2012

## MEMO ENDORSED

Honorable Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007
sullivannysdchambers@nysd.uscourts.gov

```
USDS SDNY                         VIA EMAIL
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-21-12
```

Re: *Anegada Master Fund, Ltd., et al., v. PXRE Group Ltd., et al.,*
Case No. 08-cv-10584 (RJS)

Dear Judge Sullivan:

We represent Plaintiffs in the above-captioned action and respectfully write to request a two-week extension of time for Plaintiffs to file their response to Defendants' Renewed Motion to Dismiss the Third Amended Complaint and Defendant PXRE's Motion for Summary Judgment on Plaintiff's Section 12(a)(2) Claim (the "Motions"). Defendants filed the Motions on January 5, 2012; Plaintiffs' opposition is currently due January 27, 2012, with Defendants having until February 10, 2012 to file their reply and oral argument scheduled for March 1, 2012.

As set forth in the attached proposed Order, a two week extension of time would require Plaintiffs to file their opposition memorandum by February 10, 2012 and Defendants would then have until February 24, 2012 to file their reply. To the extent that this revised schedule would necessitate an extension of the date for oral argument, all counsel are prepared to discuss with the Court their availability for an alternative date. This is Plaintiffs' first request for an extension of time regarding their response to this motion and Defendants have advised that they do not oppose this request.

Respectfully submitted,

David A. Rosenfeld

cc: Allan Steyer
Mario Alba, Jr.
Jonathan K. Youngwood
M. William Munno
Scott N. Auby
Jonathan H. Hurwitz

Plaintiffs' request is granted. The oral argument is adjourned until Friday, March 16, 2012 at 4:00 p.m.

SO ORDERED
Dated: 1/20/12
RICHARD J. SULLIVAN
U.S.D.J.

58 South Service Road   Suite 200   Melville, NY 11747   Tel 631 367 7100   Fax 631 367 1173   rgrdlaw.com