UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- x
ANEGADA MASTER FUND, LTD., et al.,      :   Civil Action No. 1:08-cv-10584
                                        :
                        Plaintiffs,     :   NOTICE OF MOTION TO ADMIT
                                        :   COUNSEL, MICHELLE AKERMAN,
        vs.                             :   *PRO HAC VICE*
                                        :
PXRE GROUP LTD., et al.,                :
                                        :
                        Defendants.     :
                                        :
--------------------------------------- x



TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that upon the annexed declaration of David A. Rosenfeld in support of this motion and the Certificate of Standing annexed hereto, we will move this Court before the Honorable Richard J. Sullivan at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of Michelle Akerman, an associate of the law firm Steyer Lowenthal Boodrookas Alvarez & Smith LLP, One California Street, Third Floor, San Francisco, California, 94111, 415/421-3400, fax number 415/421-2234 and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against this applicant in any state or federal court.

DATED: January 12, 2012

ROBBINS GELLER RUDMAN
 & DOWD LLP
DAVID A. ROSENFELD
MARIO ALBA JR.

/s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
ALLAN STEYER
MICHELLE AKERMAN
One California Street, Third Floor
San Francisco, CA 94111
Telephone: 415/421-3400
415/421-2234 (fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on January 13, 2012, I caused a true and correct copy of the attached:

> Notice of Motion to Admit Counsel, Michelle Akerman, *Pro Hac Vice*; and
>
> Declaration of David A. Rosenfeld in Support of Motion to Admit Counsel, Michelle Akerman, *Pro Hac Vice*

to be served by first-class mail to all counsel on the attached service list.

David A. Rosenfeld

**Service List**

Counsel for Defendants:

Bruce D. Angiolillo, Esq.
Jonathan K. Youngwood, Esq.
Janet A. Gochman, Esq.
David F.E. Tejtel, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
212/455-2000
212/455-2502 (fax)
Email: bangiolillo@stblaw.com
Email: jyoungwood@stblaw.com
Email: jgochman@stblaw.com
Email: dtejtel@stblaw.com

M. William Munno, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
212/574-1200
212/480-8421 (fax)
Email: munno@sewkis.com

Brad S. Karp, Esq.
Jonathan H. Hurwitz, Esq.
Joshua D. Anders, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212/373-3000
212/757-3990 (fax)
Email: bkarp@paulweiss.com
Email: jhurwitz@paulweiss.com
Email: janders@paulweiss.com

Jonathan R. Tuttle, Esq.
Scott N. Auby, Esq.
Debevoise & Plimpton LLP
555 13th Street, N.W.
Suite 1100-E
Washington, D.C. 20004
202/383-2000
202/383-8118 (fax)
Email: jrtuttle@debevoise.com
Email: snauby@debevoise.com

Counsel for Plaintiffs:

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
Mario Alba, Jr., Esq.
Robbins Geller Rudman
  & Dowd LLP
58 So. Service Road, Suite 200
Melville, NY 11747
631/367-7100
631/367-1173 (fax)
Email: drosenfeld@rgrdlaw.com
Email: malba@rgrdlaw.com
Email: srudman@rgrdlaw.com

Allan Steyer, Esq.
Michelle Akerman, Esq.
Steyer Lowenthal Boodrookas
  Alvarez & Smith LLP
One California Street, Third Floor
San Francisco, CA 94111
415/421-3400
415/421-2234 (fax)
Email: asteyer@steyerlaw.com
Email: makerman@steyerlaw.com



### Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *MICHELLE AKERMAN*

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that MICHELLE AKERMAN was on the 1st day of December 2009, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 5th day of January, 2012.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: _____
C. Farrar, Assistant Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- x
ANEGADA MASTER FUND, LTD., et al.,   :   Civil Action No. 1:08-cv-10584
                                     :
                    Plaintiffs,      :   DECLARATION OF DAVID A.
                                     :   ROSENFELD IN SUPPORT OF MOTION
        vs.                          :   TO ADMIT COUNSEL, MICHELLE
                                     :   AKERMAN, *PRO HAC VICE*
PXRE GROUP LTD., et al.,             :
                                     :
                    Defendants.      :
                                     :
--------------------------------------- x

I, DAVID A. ROSENFELD, declare as follows:

1. I am a member of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), counsel for plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiffs' motion to admit Michelle Akerman as counsel *pro hac vice* to represent plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michelle Akerman since March 2011.

4. Michelle Akerman is an associate of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, in San Francisco, California.

5. I have found Ms. Akerman to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Michelle Akerman, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Michelle Akerman, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Michelle Akerman, *pro hac vice*, to represent plaintiffs in the above-captioned matter, be granted.

Executed this 12th day of January, 2012, at Melville, New York.



DAVID A. ROSENFELD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
ANEGADA MASTER FUND, LTD., et al.   :   Civil Action No. 1:08-cv-10584
                                    :
                  Plaintiffs,       :   ORDER FOR ADMISSION *PRO HAC VICE*
                                    :   ON WRITTEN MOTION
     vs.                            :
                                    :
PXRE GROUP LTD., et al,             :
                                    :
                  Defendants.       :
                                    :
---------------------------------------- x

Upon the motion of David A. Rosenfeld, attorney for plaintiffs and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that Michelle Akerman of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, One California Street, Third Floor, San Francisco, California, 94111, 415/421-3400, fax number 415/421-2234, email address makerman@steyerlaw.com, is hereby admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

\* \* \*

**IT IS SO ORDERED.**

DATED: _____   _____
THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE