UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
ANEGADA MASTER FUND, LTD., et al.   :   Civil Action No. 1:08-cv-10584
                                    :
                    Plaintiffs,     :   ORDER FOR ADMISSION *PRO HAC VICE*
                                    :   ON WRITTEN MOTION
    vs.                             :
                                    :
PXRE GROUP LTD., et al,             :
                                    :
                    Defendants.     :
                                    :
---------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-26-12

Upon the motion of David A. Rosenfeld, attorney for plaintiffs and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that Michelle Akerman of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, One California Street, Third Floor, San Francisco, California, 94111, 415/421-3400, fax number 415/421-2234, email address makerman@steyerlaw.com, is hereby admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

\* \* \*

**IT IS SO ORDERED.**

DATED: Jan. 26, 2012

THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE