UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-9-12
```

ANEGADA MASTER FUND LTD., *et al.*,

            Plaintiffs,

-v-

PXRE GROUP, LTD., *et al.*,

            Defendants.

No. 08 Civ. 10584 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On January 5, 2012, Defendants filed a Renewed Motion to Dismiss the Third Amended Complaint and Defendant PXRE filed a Motion for Summary Judgment on Plaintiffs' Section 12(a)(2) claim. IT IS HEREBY ORDERED that Plaintiffs shall have an additional four weeks to file their response, until March 9, 2012, and Defendants shall file their reply by March 23, 2012. IT IS FURTHER ORDERED that the oral argument, currently scheduled for March 16, 2012, is adjourned and rescheduled for Friday, April 20, 2012 at 4:30 p.m.

SO ORDERED.

Dated:      February 9, 2012
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE