UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2012
```

ANEGADA MASTER FUND, LTD. *et al.*,

                Plaintiffs,

-v-

PXRE GROUP LTD, *et al.*,

                Defendants.

No. 08 Civ. 10584  (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      It has been reported to the Court that this action has been settled.  Accordingly, IT IS HEREBY ORDERED that the existing due dates for Plaintiffs' opposition memorandum and Defendants' reply memorandum are adjourned, as is the April 20, 2012 oral argument.  IT IS FURTHER ORDERED that this case is dismissed with prejudice but without costs.  However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the calendar of the undersigned.  Upon receipt of such letter, this action will be restored.

SO ORDERED.

Dated:      March 9, 2012
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE