Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x
ANEGADA MASTER FUND, LTD., et al.,    :   Civil Action No. 08-cv-10584
                                      :
                         Plaintiffs,  :   STIPULATION AND [~~PROPOSED~~] ORDER
                                      :   OF DISMISSAL WITH PREJUDICE
        vs.                           :
                                      :
PXRE GROUP LTD., et al.,              :
                                      :
                         Defendants.  :
                                      :
——————————————————————— x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-23-12
```

The undersigned parties, by and through their respective counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41, that all claims asserted by Anegada Master Fund, Ltd., Tonga Partners L.P., Endicott Partners, L.P., Endicott Partners II, L.P., Endicott Offshore Investors, Ltd., Engineers Joint Pension Plan & Trust, International Bancshares Corporation Employees Profit Sharing Plan & Trust, EHL Endicott Limited, Royal Capital Value Fund, LP, Royal Capital Value Fund (QP), LP, Royal Cap Value Fund, Ltd., Seneca Capital LP, Scopia Partners LLC, Scopia Partners QP LLC, Scopia PX LLC, Scopia Long LLC, Scopia PX International Limited, Scopia International Limited and The Coast Fund L.P. (collectively the "Plaintiffs") in the above-captioned action against PXRE Group, Ltd., Argo Group International Holdings, Ltd., Jeffrey L. Radke, John M. Modin and Guy D. Hengesbaugh (the "Defendants") are dismissed with prejudice and without costs, except as set forth in the Settlement Agreement and Mutual Release, dated April 6, 2012.

DATED: April 12, 2012                ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                     SAMUEL H. RUDMAN
                                     DAVID A. ROSENFELD
                                     MARIO ALBA JR.


                                     _____
                                     DAVID A. ROSENFELD

                                     58 South Service Road, Suite 200
                                     Melville, New York 11747
                                     Telephone: 631/367-7100
                                     631/367-1173 (fax)
                                     srudman@rgrdlaw.com
                                     drosenfeld@rgrdlaw.com
                                     malba@rgrdlaw.com

STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
ALLAN STEYER
MICHELLE AKERMAN

_____
ALLAN STEYER

One California Street, 3rd Floor
San Francisco, CA 94111
Telephone: 415/421-3400
415/421-2234 (fax)

Attorneys for Plaintiffs

SIMPSON THACHER & BARTLETT LLP
BRUCE D. ANGIOLILLO
JONATHAN K. YOUNGWOOD


_____
JONATHAN K. YOUNGWOOD

425 Lexington Avenue
New York, NY 10017-3954
Telephone: 212/455-2000
212/455-2502 (fax)

PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
BRAD S. KARP
JONATHAN H. HURWITZ
JOSHUA D. ANDERS


_____
JONATHAN H. HURWITZ

1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212/373-3000
212/757-3990 (fax)

- 2 -

STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
ALLAN STEYER
SIMON R. GOODFELLOW

---

ALLAN STEYER

One California Street, 3rd Floor
San Francisco, CA 94111
Telephone: 415/421-3400
415/421-2234 (fax)

Attorneys for Plaintiffs

SIMPSON THACHER & BARTLETT LLP
BRUCE D. ANGIOLILLO
JONATHAN K. YOUNGWOOD

---

JONATHAN K. YOUNGWOOD

425 Lexington Avenue
New York, NY 10017-3954
Telephone: 212/455-2000
212/455-2502 (fax)

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
BRAD S. KARP
JONATHAN H. HURWITZ
JOSHUA D. ANDERS

---

JONATHAN H. HURWITZ

1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212/373-3000
212/757-3990 (fax)

- 2 -

STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
ALLAN STEYER
SIMON R. GOODFELLOW

---

ALLAN STEYER

One California Street, 3rd Floor
San Francisco, CA 94111
Telephone: 415/421-3400
415/421-2234 (fax)

Attorneys for Plaintiffs

SIMPSON THACHER & BARTLETT LLP
BRUCE D. ANGIOLILLO
JONATHAN K. YOUNGWOOD

---

JONATHAN K. YOUNGWOOD

425 Lexington Avenue
New York, NY 10017-3954
Telephone: 212/455-2000
212/455-2502 (fax)

PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
BRAD S. KARP
JONATHAN H. HURWITZ
JOSHUA D. ANDERS

---

JONATHAN H. HURWITZ

1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212/373-3000
212/757-3990 (fax)

SEWARD & KISSEL LLP
M. WILLIAM MUNNO

_M. William Munno_

M. WILLIAM MUNNO

One Battery Park Plaza
New York, NY 10004
Telephone: 212/574-1200
212/480-8421 (fax)

DEBEVOISE & PLIMPTON LLP
JONATHAN R. TUTTLE
SCOTT N. AUBY

SCOTT N. AUBY

555 13th Street, N.W.
Suite 1100 East
Washington, DC 20004
Telephone: 202/383-8000
202/383-8118 (fax)

Attorneys for Defendants

\* \* \*

### ORDER

IT IS HEREBY ORDERED that all claims asserted by the Plaintiffs in the above-captioned action against the Defendants are dismissed with prejudice and without costs, except as set forth in the Settlement Agreement and Mutual Release.

DATED: 4/23/12

THE HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

- 3 -

SEWARD & KISSEL LLP
M. WILLIAM MUNNO

_____
M. WILLIAM MUNNO

One Battery Park Plaza
New York, NY 10004
Telephone: 212/574-1200
212/480-8421 (fax)

DEBEVOISE & PLIMPTON LLP
JONATHAN R. TUTTLE
SCOTT N. AUBY

_____
SCOTT N. AUBY

555 13th Street, N.W.
Suite 1100 East
Washington, DC 20004
Telephone: 202/383-8000
202/383-8118 (fax)

Attorneys for Defendants

\* \* \*

## ORDER

IT IS HEREBY ORDERED that all claims asserted by the Plaintiffs in the above-captioned action against the Defendants are dismissed with prejudice and without costs, except as set forth in the Settlement Agreement and Mutual Release.

DATED: _____    _____
                                 THE HONORABLE RICHARD J. SULLIVAN
                                 UNITED STATES DISTRICT JUDGE



- 3 -